IN THE SUPREME COURT OF THE STATE OF DELAWARE

VICTOR FAIRLEY, § 
 § No. 31, 2022
Defendant Below, §
Appellant, §
 § Court Below–Superior Court
v. § of the State of Delaware
 §
STATE OF DELAWARE, §
 § Cr. ID No. 1809000335 (N)
Appellee. §

Submitted: May 2, 2022
Decided: July 18, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## ORDER

After consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the Superior Court's judgment should be affirmed. On October 22, 2019, the appellant, Victor Fairley, pleaded guilty to one count of racketeering and one count of drug dealing in a tier-four quantity. On February 14, 2020, the Superior Court sentenced Fairley to an aggregate of eighteen years of unsuspended Level V incarceration. Fairley did not appeal his convictions or sentence and, accordingly, his sentence became final thirty days thereafter on March 16, 2020.[1] On October 15, 2021, more than one year and six months after his conviction became final, Fairley filed his first motion for

---

[1] Del. Super. Ct. Crim. R. 61(m)(1).

postconviction relief. The Superior Court did not abuse its discretion by denying Fairley's motion for postconviction relief: the motion was procedurally barred as untimely filed[2] and did not satisfy the pleading requirements of Superior Court Criminal Rule 61(i)(5).

NOW, THEREFORE, IT IS ORDERED that the State's motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[2] Del. Super. Ct. Crim. R. 61(i)(1) (providing in part that "[a] motion for postconviction relief may not be filed more than one year after the judgment of conviction is final").

2